O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LAKISHA CROWDER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D.G. ADAMS, Warden,<br><br>　　　　　Respondent. | No. SA CV 17-1231-JGB (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition.

Dated: December 21, 2018

　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　United States District Judge