O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LAKISHA CROWDER, | No. SA CV 17-1231-JGB (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| D.G. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: December 21, 2018

JESUS G. BERNAL
United States District Judge